JOHN HENDRICKSON (SBN 257298)
JENNIFER HENDRICKSON (SBN 262959)
Hendrickson Legal Services
703 Second Street, Fourth Floor
Santa Rosa, CA  95404
Telephone: (707)284-3808
Facsimile: (707)313-0161
pleadings@hendricksonlegal.com

Attorneys for Plaintiff
CHERYL BOWER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cheryl Bower, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Wells Fargo Bank, N.A., dba ASC, America's Servicing Company; The Cal-Bay Mortgage Group, a California Corporation, NDex West, L.L.C., a Delaware Limited Liability Company; and DOES 1-25 inclusive,<br><br>　　　　　Defendants. | Case No: 3:09-CV-02654-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT** |

　　　IT IS HEREBY STIPULATED between the parties to the above-entitled action, through their respective attorneys of record, that Plaintiff is allowed until Monday, October 21, 2009 to file and serve Plaintiff's First Amended Complaint. The parties continue to engage in substantive settlement discussions, in addition to working with the Court's ADR program, in an effort to resolve this matter.  Accordingly, the parties may be able to resolve this matter thus vitiating the need to file an amended complaint.

1  DATED:    September 21, 2009

2
                                    by    /s/ Harold Jones
3                                         HAROLD JONES
                                          Attorney for Defendant
4                                         Wells Fargo Bank, N.A., dba ASC, America's
                                          Servicing Company
5                                         *e-signature approved via email on
                                          September 21, 2009*
6

7
   DATED:    September 21, 2009
8

9
                                    by     /s/John Hendrickson
10                                        JOHN HENDRICKSON
                                          Attorney for Plaintiff
11                                        CHERYL BOWER

12
   IT IS SO ORDERED.
13

14 DATED: Sept. 22, 2009

15
                                          _____
16                                        CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25