1  DONALD J. QUERIO (State Bar No. 54367)
   REGINA J. McCLENDON (State Bar No. 184669)
2  HAROLD R. JONES (State Bar No. 209266)
   hrj@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendant
7  WELLS FARGO BANK, N.A.

8

9                  UNITED STATES DISTRICT COURT,

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12 | CHERYL BOWER, an individual,           | Case No.:  3:09-cv-02654-CRB
13 |         Plaintiff,                      | [PROPOSED] ORDER CONTINUING
                                             | CASE MANAGEMENT CONFERENCE
14 |     vs.                                 |
15 | WELLS FARGO BANK, N.A., dba ASC         |
   | America's Servicing Company; et al.     |
16 |                                         |
17 |         Defendants.                     |

18     In consideration of the Stipulation of the parties, the Case Management Conference in the

19 above captioned matter scheduled for November 13, 2009, is continued to December 18, 2009.

20     IT IS SO ORDERED.

21

22 DATED:  November 12, 2009

23                                                  _____
                                                    IT IS SO ORDERED
24                                                  Judge Charles R. Breyer
                                                    UNITED STATES DISTRICT JUDGE
25

26

27

28

07685/0378/770895.1                          Proposed Order Continuing Case Management Conference
                                                              Case No. 3:09-cv-02654-CRB