JOHN HENDRICKSON (SBN 257298)
JENNIFER HENDRICKSON (SBN 262959)
Hendrickson Legal Services
703 Second Street, Fourth Floor
Santa Rosa, CA  95404
Telephone: (707)284-3808
Facsimile: (707)313-0161
pleadings@hendricksonlegal.com

Attorneys for Plaintiff
CHERYL BOWER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cheryl Bower, an individual,<br><br>        Plaintiff,<br><br>       vs.<br><br>Wells Fargo Bank, N.A., dba ASC, America's Servicing Company; The Cal-Bay Mortgage Group, a California Corporation, NDex West, L.L.C., a Delaware Limited Liability Company; and DOES 1-25 inclusive,<br><br>        Defendants. | Case No: 3:09-CV-02654-CRB<br><br>**STIPULATED MOTION FOR MEDIATION APPOINTMENT, CONTINUATION OF CASE MANAGEMENT CONFERENCE, AND [PROPOSED] ORDER TO** |

      Plaintiff Cheryl Bower ("Plaintiff") and Defendant Wells Fargo Bank, N.A., ("Wells Fargo") through their respective attorneys of record, stipulate and jointly request the Court refer this matter to the Court's ADR program for formal mediation.  Additionally, all parties are willing to appear on December 18, 2009, however the parties jointly request that the Court

continue the Case Management Conference scheduled in this matter for December 18, 2009 until

such time as the parties conclude the Court's ADR program.

DATED:    December 16, 2009

          by    ___/s/ Harold Jones_____
              HAROLD JONES
              Attorney for Defendant
              Wells Fargo Bank, N.A., dba ASC, America's
              Servicing Company
              *e-signature approved via email on*
              *December 16, 2009*

DATED:    December 16, 2009

          by    _____/s/John Hendrickson_____
              JOHN HENDRICKSON
              Attorney for Plaintiff
              CHERYL BOWER

### ORDER

1.   The matter is referred to the U.S. District Court's ADR program for medaition.

2.   The Case Management Conference in the above-captioned matter is continued until such

    time as the parties conclude with the Court's ADR program, and they are referred back to

    the Court.

DATED: Dec. 17, 2009

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA