1 THOMAS K. AGAWA
State Bar No. 175952
2 BARRETT DAFFIN FRAPPIER
3 TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
4 Diamond Bar, CA 91765
(626) 915-5714 – Phone
5 (626) 915-0289 – Fax
6 thomasa@bdfgroup.com
File No. 20090134000828
7

8 Attorneys for Defendant NDEx WEST, LLC
9
10 **UNITED STATES DISTRICT COURT**
11 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12 | CHERYL BOWER, an individual, | CASE NO. 3:09-cv-02654-CRB |
13 | | |
14 | Plaintiff,   vs. | |
15 | WELLS FARGO BANK, N.A. dba ASC, | STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDEx WEST, LLC & (Proposed) ORDER |
16 | America's Servicing Company; THE CAL-BAY MORTGAGE GROUP, a California | |
17 | Corporation; NDEX WEST LLC, a Delaware Limited Liability Company; and DOES 1-25, | |
18 | inclusive, | [NO HEARING REQUIRED] |
19 | | |
20 | Defendants. | |

STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDEx WEST, LLC
CASE NO. 3:09-cv-02654-CRB
-1-

# STIPULATION

IT IS HEREBY STIPULATED by and between plaintiff CHERYL BOWER ("Plaintiff") and defendant NDEx WEST, LLC ("Defendant NDEx WEST, LLC"), through their undersigned attorneys of record, that an order be entered in this action as follows:

1. Plaintiff's claims in this action arise from the origination and/or servicing of a residential mortgage loan and primarily affect Plaintiff, Plaintiff's original mortgage lender, its successor(s)-in-interest, and/or the loan servicing agent(s) for such mortgage lender(s). Defendant NDEx WEST, LLC had no involvement in the origination or servicing of the subject mortgage loan and has been joined as a defendant based upon its limited role in handling a non-judicial foreclosure as agent for the mortgage lender(s) and/or as successor trustee under the subject Deed of Trust and solely for the purpose of having all necessary parties before the Court.

2. Plaintiff does not assert any claims for monetary relief against Defendant NDEx WEST, LLC, and Plaintiff's Complaint does not allege any misconduct on Defendant NDEx WEST, LLC's part in the performance of its duties and/or in its handling of the non-judicial foreclosure as agent for the mortgage lender(s) and/or as successor trustee under the subject Deed of Trust.  Defendant NDEx WEST, LLC shall have no liability to Plaintiff for any monetary damages, attorney's fees or costs of suit.

3. Defendant NDEx WEST, LLC agrees to be bound by any non-monetary judgment or order that may be entered by the Court concerning (a) ownership and title to the subject real property, (b) the validity, enforceability and priority of the subject Deed of Trust, and/or (c) the non-judicial foreclosure proceeding.

///

3. Subject to further orders of the Court, NDEx shall not be required to participate any further in the action or proceeding, shall not be subject to any monetary awards as and for damages, attorneys' fees or costs, shall be required to respond to any discovery requests as a nonparty, and shall be bound by any court order relating to the subject deed of trust that is the subject of the action or proceeding.

SO STIPULATED.

For Plaintiff
HENRICKSON LEGAL SERVICES

Dated: By: s/John Hendrickson
JOHN HENDRICKSON, Attorney for Plaintiff
CHERYL BOWER

For Defendant NDEx WEST, LLC
BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

Dated: By: s/Thomas K. Agawa
THOMAS K. AGAWA, Attorney for Defendant
NDEx WEST, LLC

ORDER

GOOD CAUSE APPEARING THEREFORE, PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 12, 2010 By: _____
Hon.
Judge of the United States District Court for the Northern District of California

*IT IS SO ORDERED — Judge Charles R. Breyer*

STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDEx WEST, LLC
CASE NO. 3:09-cv-02654-CRB
-3-