```
 1  Cheryl Bower
    2274 Nectarine Drive
 2  Santa Rosa, CA  95404
    Tel. (707) 545-2550
 3  Email: clb@millerlawgroup.com
 4  Pro Se
```

ORIGINAL FILED

2010 DEC 17 A 9:23

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cheryl Bower, an individual, | Case No.: C 09-02654 CRB |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR PERMISSION TO E-FILE; [~~PROPOSED~~] ORDER** |
| v. | |
| Wells Fargo Bank, N.A., dba ASC, America's Servicing Company; the Cal-Bay Mortgage Group, a California corporation, NDex West, L.L.C., a Delaware Limited Liability Company; and DOES 1-25 inclusive, | Complaint filed:  May 12, 2009 |
| Defendants. | |

| | |
|---|---|
| 1 | Plaintiff Cheryl Bower ("Plaintiff") requests permission to be allowed to e-file in |
| 2 | the above entitled case. |

Plaintiff is familiar with the ECF and Pacer systems for filing in the United States District Court, Northern District of California.

Plaintiff is able to meet all the technical requirements in order to e-file and is readily familiar with and will abide by the e-filing and other rules and orders of this Court.

Respectfully submitted,

December 17, 2010

/s/
Cheryl Bower
Plaintiff, Pro Se

**ORDER**

IT IS SO ORDERED.

Dated: December 20, 2010

_____
Honorable Charles R. Breyer

---

1

PLAINTIFF'S REQUEST FOR PERMISSION TO E-FILE; [PROPOSED] ORDER
Case No. C 09-02654 CRB