UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL BOWER, an individual,<br><br>       Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, N.A., dba ASC America's Servicing Company; THE CAL-BAY MORTGAGE GROUP, a California Corporation; NDex WEST, L.L.C., A Delaware Limited Liability Company; and DOES 1-25 inclusive,<br><br>       Defendants. | Case No.: 3:09-cv-02654-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date:   June 3, 2011<br>Time:  8:30 a.m.<br>Ctrm:  6<br>Judge: Honorable Charles R. Breyer |

    Good cause appearing, the parties' stipulated request to continue the June 3, 2011 further case management conference is granted.  IT IS HEREBY ORDERED THAT the June 3, 2011 case management conference is continued to July 8, 2011.  The parties shall file case management statements not less than 7 days prior to the further case management conference.

    IT IS SO ORDERED.

DATED:  May 27, 2011

_____
Hon.
United States

IT IS SO ORDERED
Judge Charles R. Breyer

07685/0378/924601.1                                         [PROPOSED] ORDER CONTINUING CMC
                                                                     Case No. 3:09-cv-02654-CRB