UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL BOWER, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, N.A., dba ASC America's Servicing Company; THE CAL-BAY MORTGAGE GROUP, a California Corporation; NDex WEST, L.L.C., A Delaware Limited Liability Company; and DOES 1-25 inclusive,<br><br>    Defendants. | Case No.: 3:09-cv-02654-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date: August 12, 2011<br>Time: 8:30 a.m.<br>Ctrm: 6<br>Judge: Honorable Charles R. Breyer |

    Good cause appearing, the parties' stipulated request to continue the August 12, 2011 further case management conference is granted. IT IS HEREBY ORDERED THAT the August 12, 2011 case management conference is continued to September 9, 2011. The parties shall file case management statements not less than 7 days prior to the further case management conference.

    IT IS SO ORDERED.

DATED: August 4, 2011

_____
Hon. Judge Charles R. Breyer
United States District Court Judge

IT IS SO ORDERED

07685/0378/924601.1            [PROPOSED] ORDER CONTINUING CMC
                                                                          Case No. 3:09-cv-02654-CRB