UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL BOWER, an individual, | Case No.: 3:09-cv-02654-CRB |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| WELLS FARGO BANK, N.A., dba ASC America's Servicing Company; THE CAL-BAY MORTGAGE GROUP, a California Corporation; NDex WEST, L.L.C., A Delaware Limited Liability Company; and DOES 1-25 inclusive, | Date: September 9, 2011<br>Time: 8:30 a.m.<br>Ctrm: 6<br>Judge: Honorable Charles R. Breyer |
| Defendants. | |

Good cause appearing, the parties' stipulated request to continue the September 9, 2011 further case management conference is granted. IT IS HEREBY ORDERED THAT the ~~August~~ Sept. 9, 2011 case management conference is continued to September 30, 2011. The parties shall file case management statements not less than 7 days prior to the further case management conference.

IT IS SO ORDERED.

DATED: Sept. 8, 2011

_____
Judge Charles R. Breyer
IT IS SO ORDERED

_____ CMC
Case No. 3:09-cv-02654-CRB

07685/0378/924601.1