# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL BOWER, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, N.A., dba ASC America's Servicing Company; THE CAL-BAY MORTGAGE GROUP, a California Corporation; NDex WEST, L.L.C., A Delaware Limited Liability Company; and DOES 1-25 inclusive,<br><br>    Defendants. | Case No.: 3:09-cv-02654-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br><br>Date:    September 30, 2011<br>Time:   8:30 a.m.<br>Ctrm:   6<br>Judge: Honorable Charles R. Breyer |

Good cause appearing, the parties' stipulated request to continue the September 30, 2011 further case management conference is granted. IT IS HEREBY ORDERED THAT the September 30, 2011 case management conference is continued to November 18, 2011. The parties shall file case management statements not less than 7 days prior to the further case management conference.

IT IS SO ORDERED.

DATED: Sept. 30;, 2011

_____
Hon.
United States Judge

*[Signature and seal: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California]*

07685/0378/924601.1                   [PROPOSED] ORDER CONTINUING CMC
                                                                         Case No. 3:09-cv-02654-CRB